# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2008

135772 & (64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                           SC: 135772
                                                            COA: 277838
                                                            Oakland CC: 2005-205998-FC
CHRISTIAN SIERRA,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. We further ORDER that trial court proceedings are stayed pending the completion of this appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2008

t0618

_____
Clerk